Still irritated UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| DUSTIN CASEY MCCLURE, Institutional ID No. 2309997,<br><br>Plaintiff,<br><br>v.<br><br>DIRECTOR, TDCJ-CID et al.,<br><br>Defendants. | No. 1:21-CV-00004-H |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court independently examined the record and reviewed the findings, conclusions, and recommendation for plain error. Finding none, the Court accepts and adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

As a result, Plaintiff's complaint and all claims alleged therein are dismissed without prejudice for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

The Clerk is directed to lift the stay and reopen this case for the purpose of entering judgment, then finally close this case. All relief not expressly granted is denied.

The Court will enter judgment accordingly.

So ordered.

Dated May 3, 2023.

_____
JAMES WESLEY HENDRIX
United States District Judge